## INDIANAPOLIS TRACTION AND TERMINAL COMPANY v. KINNEY.

[No. 8,445. Filed February 11, 1915.]

From Marion Circuit Court (14,329) ; *Charles Remster*, Judge.

*W. H. Latta, D. E. Watson, F. Winter* and *M. E. Foley*, for appellant.

*George W. Galvin* and *Elliott & Elliott*, for appellee.

PER CURIAM.—Judgment affirmed.

## VANDALIA RAILROAD COMPANY v. GEORGE.

[No. 8,505. Filed January 29, 1915. Rehearing denied April 1, 1915.]

From Dekalb Circuit Court; *Frank M. Powers*, Judge.

*Samuel Parker* and *Charles M. Brown*, for appellant.

*Albert F. Thomas* and *Howard L. Townsend*, for appellee.

PER CURIAM.—Judgment affirmed.